IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUNIPER NETWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> GRAPHON CORPORATION and ) <br> VERTICAL MARKETING, INC., ) <br> ) <br> Defendants, ) <br> ) <br> GRAPHON CORPORATION, ) <br> ) <br> Counter-Plaintiff, ) <br> v. ) <br> JUNIPER NETWORKS, INC., ) <br> ) <br> Counter-Defendant, ) <br> ) <br> GRAPHON CORPORATION, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> v. ) <br> JUNIPER NETWORKS (US), INC., ) <br> ) <br> Third-Party Defendant. ) <br> ) | Civil Action No. 1:09cv287 GBL/TRJ |

### GRAPHON'S MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

NOW COMES GraphOn Corporation and Vertical Marketing, Inc. (herein collectively "GraphOn"), by and through their attorneys, and Move the Court for Entry of a Confidentiality Stipulation and Protective Order. In support of this motion, GraphOn has filed contemporaneously herewith GraphOn's Memorandum in Support of Motion for Entry of Confidentiality and Protective Order.

DATED: May 29, 2009　　　　　　　　　GRAPHON CORPORATION, INC. and
　　　　　　　　　　　　　　　　　　　VERTICAL MARKETING, INC.


　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

　　　　　　　　　　　　　　　　　　　Robert A. Angle, VSB #37691
　　　　　　　　　　　　　　　　　　　robert.angle@troutmansanders.com
　　　　　　　　　　　　　　　　　　　Dabney J. Carr, IV, VSB #28679
　　　　　　　　　　　　　　　　　　　dabney.carr@troutmansanders.com
　　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　　Troutman Sanders Building
　　　　　　　　　　　　　　　　　　　1001 Haxall Point
　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　Telephone: 804-697-1200
　　　　　　　　　　　　　　　　　　　Facsimile: 804-697-1339

　　　　　　　　　　　　　　　　　　　Michael D. Rounds
　　　　　　　　　　　　　　　　　　　Melissa Barnard
　　　　　　　　　　　　　　　　　　　WATSON ROUNDS
　　　　　　　　　　　　　　　　　　　5371 Kietzke Lane
　　　　　　　　　　　　　　　　　　　Reno, Nevada 89511
　　　　　　　　　　　　　　　　　　　Tel: (775) 324-4100
　　　　　　　　　　　　　　　　　　　Fax: (775) 333-8171
　　　　　　　　　　　　　　　　　　　Email: mrounds@watsonrounds.com
　　　　　　　　　　　　　　　　　　　Email: mbarnard@watsonrounds.com

　　　　　　　　　　　　　　　　　　　Joseph M. Vanek
　　　　　　　　　　　　　　　　　　　Thomas A. Vickers
　　　　　　　　　　　　　　　　　　　David P. Germaine
　　　　　　　　　　　　　　　　　　　Jeffrey R. Moran
　　　　　　　　　　　　　　　　　　　VANEK, VICKERS & MASINI
　　　　　　　　　　　　　　　　　　　111 S. Wacker Drive, Suite 4050
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel: (312) 224-1500
　　　　　　　　　　　　　　　　　　　Fax: (312) 224-1510
　　　　　　　　　　　　　　　　　　　Email: jvanek@vaneklaw.com
　　　　　　　　　　　　　　　　　　　Email: tvickers@vaneklaw.com
　　　　　　　　　　　　　　　　　　　Email: dgermaine@vaneklaw.com
　　　　　　　　　　　　　　　　　　　Email: jmoran@vaneklaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for GraphOn Corporation and
　　　　　　　　　　　　　　　　　　　Vertical Marketing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2009, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

>Alan M. Fisch, Esquire
>afisch@kayescholer.com
>Jason F. Hoffman, Esquire
>jahoffman@kayescholer.com
>Coke Morgan Stewart, Esquire
>cstewart@kayescholer.com
>Roy William Sigler, Esquire
>bsigler@kayescholer.com
>Kevin W. Jakel, Esquire
>kjakel@kayescholer.com
>KAYE SCHOLER LLP
>901 15th St, NW
>Washington, DC 20005
>(202) 682-3500
>*Counsel for Juniper Networks, Inc.*

>_____/s/_____
>Of Counsel

>Robert A. Angle, VSB #37691
>robert.angle@troutmansanders.com
>Dabney J. Carr, IV, VSB #28679
>dabney.carr@troutmansanders.com
>TROUTMAN SANDERS LLP
>Troutman Sanders Building
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 697-1339

>*Counsel for GraphOn Corporation and*
>*Vertical Marketing, Inc.*

1841004v1