IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JUNIPER NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRAPHON CORPORATION and <br> VERTICAL MARKETING, INC., <br><br> Defendants. | Civil Case No. 1:09cv287 GBL/TRJ |

**JUNIPER NETWORKS, INC.'S MOTION TO COMPEL GRAPHON
CORPORATION TO PRODUCE SOURCE CODE AND RELATED
<u>FILES IN COMPLIANCE WITH THE PROTECTIVE ORDER</u>**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37(a), Plaintiff Juniper Networks, Inc. respectfully moves this Court to compel Defendant GraphOn Corporation to produce its source code and related files in compliance with the protective order and its discovery obligations under Federal Rules 26 and 34. The grounds for this motion are set forth in the accompanying memorandum of law.

- 2 -

                                                          Respectfully submitted,

                                                            /s/Coke Morgan Stewart

Date: July 10, 2009                              Alan M. Fisch *(pro hac vice)*
                                                          Coke Morgan Stewart *(Va. Bar No. 41933)*
                                                          R. William Sigler *(Va. Bar No. 65940)*
                                                          Kevin W. Jakel *(pro hac vice)*
                                                          KAYE SCHOLER LLP
                                                          The McPherson Building
                                                          901 Fifteenth Street, NW
                                                          Washington, DC 20005-2327
                                                          Phone: 202-682-3500
                                                          Fax: 202-682-3580
                                                          Email: alan.fisch@kayescholer.com
                                                          Email: coke.stewart@kayescholer.com
                                                          Email: bill.sigler@kayescholer.com
                                                          Email: kevin.jakel@kayescholer.com

                                                          *Attorneys for Juniper Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert A. Angle
Dabney J. Carr, IV
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219

Joseph M. Vanek
Jeffrey R. Moran
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive
Suite 4050
Chicago, Illinois 60606

Michael Dudley Rounds
Melissa Pagni Barnard
Elisabeth Virginia Bechtold
Watson Rounds
5371 Kietzke Lane
Reno, Nevada 89511

  /s/Coke Morgan Stewart
Coke Morgan Stewart
Va. Bar. No. 41933
Attorney for Juniper Networks, Inc.
Kaye Scholer LLP
901 15th Street, NW
Washington, DC 20005
Phone: 202-682-3500
Fax: 202-682-3580
coke.stewart@kayescholer.com