**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| **JUNIPER NETWORKS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:09cv287 GBL/TRJ** |
| | ) | |
| **GRAPHON CORPORATION and** | ) | |
| **VERTICAL MARKETING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GRAPHON'S MOTION TO SEAL
DOCUMENTS PURSUANT TO LOCAL RULE 5**

Defendants GraphOn Corporation and Vertical Marketing, Inc. (collectively "GraphOn") the Court to file certain documents under seal pursuant to Local Rule 5 and the Confidentiality Stipulation and Protective Order entered by the Court on June 10, 2009 [Docket No. 51]. In support of this Motion, GraphOn files contemporaneously herewith a Nonconfidential Memorandum in Support of GraphOn's Motion to Seal Documents Pursuant to Local Rule 5, along with an appropriate Notice and sketch Order.

Dated:  September 4, 2009                    GRAPHON CORPORATION, INC.
                                             VERTICAL MARKETING, INC.


By____ /s/ _____
            Of Counsel

Dabney J. Carr, IV, VSB #. 28679
dabney.carr@troutmansanders.com
Robert A. Angle, VSB #37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, VA 23218-11122
Tel: (804) 697-1200
Fax: (804) 697-1339

Joseph M. Vanek
Jeffrey R. Moran
VANEK, VICKERS & MASINI, PC
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606
Tel: (312) 224-1500
Fax: (312) 224-1510
Email: jvanek@vaneklaw.com
Email:jmoran@vanekelaw.com

Michael D. Rounds
Melissa P. Barnard
Eliza Bechtold
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 324-4100
Fax: (775) 333-8171
Email: mrounds@watsonrounds.com
Email: mbarnard@watsonrounds.com

*Attorneys for Plaintiffs*
*GRAPHON CORPORATION, INC. and*
*VERTICAL MARKETING, INC.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 4th day of September, 2009, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Alan M. Fisch, Esquire
afisch@kayescholer.com
Jason F. Hoffman, Esquire
jahoffman@kayescholer.com
Coke Morgan Stewart, Esquire
cstewart@kayescholer.com
Roy William Sigler, Esquire
bsigler@kayescholer.com
Kevin W. Jakel, Esquire
kjakel@kayescholer.com
KAYE SCHOLER LLP
901 15th Street, NW
Washington, DC 20005
202-682-3500
*Counsel for Juniper Networks, Inc.*

_____/s/_____
Dabney J. Carr, IV, VSB #28679
dabney.carr@troutmansanders.com
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
Telephone:  804-697-1200
Facsimile:  804-697-1339
*Counsel for GraphOn Corporation and*
*Vertical Marketing, Inc.*

#1864941