IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUNIPER NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:09cv287 GBL/TRJ |
| GRAPHON CORPORATION and VERTICAL MARKETING, INC., | ) |
| Defendants. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, November 20, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, GraphOn Corporation and Vertical Marketing, Inc. will move the Court for the relief requested in their Motion for Summary Judgment and Motion to Seal Documents Pursuant to Local Rule 5.

Dated: October 20, 2009

GRAPHON CORPORATION, INC. and
VERTICAL MARKETING, INC.

By   /s/   Megan C. Rahman
       Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Megan C. Rahman, VSB #42678
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, VA 23218-11122
Tel: (804) 697-1200
Fax: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com

Joseph M. Vanek
Jeffrey R. Moran
VANEK, VICKERS & MASINI, PC
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606
Tel: (312) 224-1500
Fax: (312) 224-1510
Email: jvanek@vaneklaw.com
Email: jmoran@vankelaw.com

Michael D. Rounds
Melissa P. Barnard
Eliza Bechtold
WATSON ROUNDS
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 324-4100
Fax: (775) 333-8171
Email: mrounds@watsonrounds.com
Email: mbarnard@watsonrounds.com

*Attorneys for Plaintiffs*
*GRAPHON CORPORATION, INC. and*
*VERTICAL MARKETING, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2009, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

>Alan M. Fisch, Esquire
>afisch@kayescholer.com
>Jason F. Hoffman, Esquire
>jahoffman@kayescholer.com
>Coke Morgan Stewart, Esquire
>cstewart@kayescholer.com
>Roy William Sigler, Esquire
>bsigler@kayescholer.com
>Kevin W. Jakel, Esquire
>kjakel@kayescholer.com
>KAYE SCHOLER LLP
>901 15th Street, NW
>Washington, DC 20005
>202-682-3500
>*Counsel for Juniper Networks, Inc.*

>_____/s/_____
>Megan C. Rahman, VSB #42678
>TROUTMAN SANDERS LLP
>P.O. Box 1122
>Richmond, Virginia 23218-1122
>Telephone: 804-697-1200
>Facsimile: 804-697-1339
>megan.rahman@troutmansanders.com
>
>*Counsel for GraphOn Corporation and Vertical Marketing, Inc.*